PHILLIP A. TALBERT
United States Attorney
Justin L. Lee
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:16-po-00405-AC |
|---|---|
| Plaintiff, | STIPULATION TO VACATE STATUS CONFERENCE AND SET FOR BENCH TRIAL; AND [PROPOSED] ORDER |
| v. | |
| LENZIE FORD, JR., | DATE: January 30, 2017 |
| Defendant. | TIME:    9:00 a.m. |
| | COURT: Hon. Allison Claire |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a Status Conference on January 30, 2017.

2. By this stipulation, the parties now jointly move to vacate the Status Conference and set the matter for a bench trial on March 13, 2017, at 9:00 a.m.

///
///
///
///
///
///

STIPULATION TO VACATE AND SET TRIAL                    1

IT IS SO STIPULATED.

Dated:  January 27, 2017               PHILLIP A. TALBERT
                                       United States Attorney


                                       /s/ *Justin L. Lee*
                                       Justin L. Lee
                                       Assistant United States Attorney


Dated:  January 27, 2017               /s/ *Linda C. Allison*
                                       Linda C. Allison
                                       Counsel for Defendant
                                       LENZIE FORD, JR.


                                       /s/ *Heather Phillips*
                                       HEATHER PHILLIPS
                                       Counsel for Defendant
                                       LENZIE FORD, JR.

                                       (*Approved via email*)


## [~~PROPOSED~~] FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 27th day of January, 2017.

                                       /s/ Allison Claire
                                       ALLISON CLAIRE
                                       UNITED STATES MAGISTRATE JUDGE