PHILLIP A. TALBERT
United States Attorney
Robert J. Artuz
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:16-po-00405-AC |
|---|---|
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE BENCH TRIAL |
| v. | DATE: March 13, 2017 |
| LENZIE FORD, JR., | TIME: 9:00 a.m. |
| Defendant. | COURT: Hon. Allison Claire |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a Bench Trial on March 13, 2017.

2. A key witness for the prosecution now has a work-related conflict on March 13, 2017; and

3. By this stipulation, the parties now jointly move to continue the Bench Trial to March 20, 2017, at 9:00 a.m.

///

///

///

///

STIPULATION TO CONTINUE BENCH TRIAL          1

IT IS SO STIPULATED.

Dated:  February 28, 2017                                PHILLIP A. TALBERT
                                                         United States Attorney


                                                          /s/ *Robert J. Artuz*
                                                         Robert J. Artuz
                                                         Special Assistant U.S. Attorney


Dated:  February 28, 2017                                 /s/ *Linda C. Allison*
                                                         Linda C. Allison
                                                         Counsel for Defendant
                                                         LENZIE FORD, JR.



                                                          /s/ *Heather Phillips*
                                                         HEATHER PHILLIPS
                                                         Counsel for Defendant
                                                         LENZIE FORD, JR.

                                                         (*Approved via email*)


### [~~PROPOSED~~] FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 1st day of March, 2017.

*[Signature: Allison Claire]*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE