UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:16-po-00405-AC |
| Plaintiff, | ) ) | [Proposed] ORDER TO DISMISS AND VACATE COURT TRIAL |
| v. | ) ) | |
| LENZIE FORD JR, | ) | DATE:  March 20, 2017 |
| Defendant. | ) ) | TIME:  9:00 a.m. JUDGE: Honorable Allison Claire |
| | ) ) ) | |

It is hereby ordered that the plaintiff United States of America's Motion to Dismiss Case Number 2:16-po-00405-AC without prejudice is GRANTED.

It is further ordered that the court trial scheduled on March 20, 2017 is vacated.

IT IS SO ORDERED.

Dated: 03/17/2017  _____

*allison Claire*
_____
HON. ALLISON CLAIRE
United States Magistrate Judge